requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1843. IN RE DISBARMENT OF TUCCORI. Lawrence Stanley Tuccori, of Fresno, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1844. IN RE DISBARMENT OF DAVIS. James Herman Davis, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1845. IN RE DISBARMENT OF KADISH. Charles Kadish, of Buffalo Grove, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1846. IN RE DISBARMENT OF JACKSON. Andrew D. Jackson, of Whiting, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1847. IN RE DISBARMENT OF WOLHAR. Robert C. Wolhar, Jr., of Georgetown, Del., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1848. IN RE DISBARMENT OF GILLERAN. Robert Thomas Gilleran, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1849. IN RE DISBARMENT OF PICKETT. Neal Yarborough Pickett, of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.